*Mary Murray* v. *John Murray et al.* G. F. TALLMAN, for complainant; PATTERSON & WINTHROP and L. H. SANDFORD, for defendants. Decree declaring the rights of the parties under the will of H. L. Murray, and directing the executors, &c. to release to the complainant and to the children of Mrs. Ogden, the several portions of the estate set off to them respectively; and declaring the validity of the power in trust to sell the share of J. R. Murray, and to invest the proceeds, &c.

*Abraham Varick* v. *Gerrit Smith and The Attorney General.* J. A. SPENCER and C. A. MANN, for the complainant; D. CADY and THE ATTORNEY GENERAL, for defendants.— Decree of the vice chancellor affirmed with costs, and to be without prejudice to the rights of the state and of Smith as between themselves.

*Simeon B. Jewett et al* v. *The Albany City Bank et al.*— S. STEVENS, for complainant; J. V. L. PRUYN, for defendants. Order appealed from reversed with costs.

*William A. F. Pentz et al* v. *The Receivers of the Ætna Fire Insurance Company.* D. LORD, JUN., for complainants; J. W. GERARD, for defendants. Order of the vice chancellor reversed, and decree for the adjustment of the claim of the petitioners against the insurance company by the receivers.

*Charles McEvers et al* v. *Jonathan Lawrence et al, Receivers, &c.* *Jonathan Lawrence et al* v. *Charles McEvers et al.* GEO. WOOD, for appellants; D. B. OGDEN, for respondents. Appeal from the order of the vice chancellor refusing leave to file a bill in the nature of a bill of review, dismissed with costs. Decree of the assistant vice chancellor affirmed with costs.